**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7586**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LAFRANKIE DONTAY ROSEBOROUGH,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (0:08-cr-01110-JFA-1)

_____

Submitted:  November 20, 2012      Decided:  November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

LaFrankie Dontay Roseborough, Appellant Pro Se.  Robert Claude
Jendron, Jr., Assistant United States Attorney, Columbia, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaFrankie Dontay Roseborough appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Roseborough</u>, No. 0:08-cr-01110-JFA-1 (D.S.C. Sept. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>